UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )    Case No. 1:11-cr-00024
                                     )
v.                                   )    Honorable Robert Holmes Bell
                                     )
SOLOMON JULIUS CARPENTER,            )
                                     )
          Defendant.                 )
_____ )

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on September 6, 2011, after receiving the written consent of defendant and all counsel. There is no written plea agreement. At the hearing, defendant Solomon Julius Carpenter entered a plea of guilty to the Indictment charging defendant with failure to appear for sentencing in Case No. 1:10-cr-00236-RHB in violation of 18 U.S.C. §§ 3146(a)(1) and 3146(b)(1)(A)(i). On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the Indictment be accepted, and that the court adjudicate defendant guilty. Acceptance of the plea, adjudication of guilt, and imposition of sentence are specifically reserved for the district judge.

Date: September 8, 2011                                    /s/ Ellen S. Carmody
                                                            ELLEN S. CARMODY
                                                            United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than 14 days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).